140 So.2d 292

**Ralph Edwin KING, Jr.**

v.

**CITY OF MONTGOMERY.**

3 Div. 90.

Court of Appeals of Alabama.

April 17, 1962.

See also ante, p. 260, 128 So.2d 340.

Fred D. Gray, Montgomery, for appellant.

Walter J. Knabe, Horace Perry and Rodney R. Steele, Montgomery, for appellee.

PER CURIAM.

Reversed and remanded on authority of Embry v. City of Montgomery, ante, p. 568, 140 So.2d 291, this day decided.